# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. 06-MJ-271 KJM |
| JAVIER MUNOZ | ) |

**FILED**
OCT 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                      ( ) Ad Testificandum.

Name of Detainee: **JAVIER MUNOZ**

Detained at (custodian): Sacramento County Main Jail

Detainee is:  a.)  (X) charged in this district by:
                    ( ) Indictment     ( ) Information     (X) Complaint
            Charging Detainee With: **Conspiracy to distribute and to possess with intent to distribute Methamphetamine**

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings
or             b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* on October 26, 2006 at 2:00 pm *in the Eastern District of California.*

Signature: /s/ Phillip Talbert
Printed Name & Phone No: PHILLIP A. TALBERT (916) 554-2789
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on October 26, 2006 at 2:00 p.m.** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/25/06
Date                                            United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male X  Female | |
| Booking or CDC #: | | DOB: | X/XX/1977 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, California | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

## RETURN OF SERVICE

Executed on _____ by _____
                                                              (Signature)