# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR. S 06-441 GEB
)
JAVIER MUNOZ )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(**X**) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:     **JAVIER MUNOZ**

Detained at (custodian):     **Deuel Vocational institution (DVI)**

Detainee is:   a.)   (**X**) charged in this district by:
(**X**) Indictment        ( ) Information        ( ) Complaint
Charging Detainee With:   **Conspiracy to distribute and to possess with intent to distribute Methamphetamine**

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (**X**) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary*  **FORTHWITH**  *in the Eastern District of California.*

Signature:   /s/ Phillip A. Talbert
Printed Name & Phone No:   PHILLIP A. TALBERT   (916) 554-2789
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/24/07                                                                /s/ Gregory G. Hollows
Date                                                                    United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____     Male **X**  Female _____
Booking or CDC #: _____         DOB:   X/XX/1977
Facility Address:  23500 Kasson Road             Race: _____
                   Tracy, CA 95378               FBI #: _____
Facility Phone: _____
Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____           _____
                                                (Signature)