```
MICHAEL D. LONG, Bar# 149475
901 H Street, Suite 208
Sacramento, California  95814
Telephone (916) 447-1920
Long_5999@msn.com

Attorney for Defendant
JAVIER MUNOZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S. 06-0441-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| EFRAIN MEDINA, et al., | ) | Date:  February 29, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney PHILLIP TALBERT, counsel for Plaintiff, and MICHAEL D. LONG, attorney for JAVIER MUNOZ, HAYES H. GABLE, III, attorney for ANDRES MAYORGA and ADAM D. FEIN, attorney for DONALD HAYLES, that the status conference scheduled for January 11, 2008, be continued to February 29, 2008, for a status conference.  This continuance is being requested because each remaining counsel needs additional time to prepare, to review discovery and to interview witnesses.  This case arises from a long term Title III investigation involving eight court-authorized wire interception orders.  The parties anticipate that discovery could include over one thousand pages of documents and hundreds of intercepted and recorded telephone calls.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from January 11, 2008, through and including February 29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)  and Local Code T-2, based on the complexity of this case, and 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, based on the need for defense counsel to review discovery and adequately

prepare, and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.  This case has already been found to be complex by Magistrate Judge Kimberley J. Mueller.

**IT IS SO STIPULATED.**

Dated:  January 10, 2008

/s/ Michael D. Long for
_____
MICHAEL D. LONG
Attorney for JAVIER MUNOZ

Dated:  January 10, 2008

/s/ Michael D. Long for
_____
HAYES H. GABLE, III
Attorney for ANDRES MAYORGA

Dated:  January 10, 2008

/s/ Michael D. Long for
_____
ADAM D. FEIN
Attorney for DONALD HAYLES

McGREGOR W. SCOTT
United States Attorney

Dated:  January 10, 2008      /S/ MICHAEL D. LONG for Phillip Talbert
PHILLIP TALBERT
Assistant United States Attorney
Counsel for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated:  January 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                2