IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-441-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JAVIER MUNOZ, et al., | ) | |
| Defendants. | ) | |

On February 1, 2008, counsel for Defendant Javier Munoz filed an "Ex Parte Request Re: Order to Sacramento County Medical Staff to Test Mr. Munoz's Eyes to Determine the Prescription He Needs for New Eyeglasses" and a proposed order thereon.  Since Defendant Munoz has not shown that he contacted the U.S. Marshals Service prior to making the ex parte request or that this is a matter that needs to be decided by the assigned district judge, the proposed order will not be signed.  If it is determined that judicial intervention is needed, the matter should be addressed to the duty magistrate judge.

IT IS SO ORDERED.

Dated: February 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge