MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for JAVIER MUNOZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER MUNOS,<br>　　　　　　Defendant.<br>================================ | ) No. CR-S-06-441 GEB<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO CONTINUE<br>) SENTENCING HEARING<br>) Date: 8-15-08<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

　　　　It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, and Michael Long, attorney for Javier Munoz, that the sentencing hearing date of June 20, 2008, should be continued until August 15, 2008.  The continuance is being requested by the defense as defendant's mother is presently undergoing heart surgery and follow-up procedures.  The parties agree that defendant should remain in Sacramento while his mother is undergoing the potentially life-threatening medical interventions.

Dated:  June 18, 2008　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael D. Long_____
　　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL D. LONG
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Mr. Munoz

Dated:  June 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　McGREGOR SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jill Thomas____
　　　　　　　　　　　　　　　　　　　　　　　　　JILL THOMAS
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

-1-

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 208
2  Sacramento, CA 95814
3  (916) 447-1920
   Long_5999@msn.com
4

                IN THE UNITED STATES DISTRICT COURT
5              FOR THE EASTERN DISTRICT OF CALIFORNIA
6
   THE UNITED STATES OF AMERICA,        ) No. CR-S-06-441 GEB
7                   Plaintiff,          )
                                        ) (Proposed) ORDER
8        v.                             )
                                        ) Date:  8-15-08
9  JAVIER MUNOZ,                        ) Judge: Hon. Garland E. Burrell, Jr.
10                  Defendant.           )
   ===============================)
11

12     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

13 sentencing hearing presently set for June 20, 2008, at 9:00 a.m. be continued to August 15, 2008, at

14 9:00 a.m.

15 6/18/08

16                                        GARLAND E. BURRELL
                                          United States District Judge
17

-2-